IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| TIARA N. JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and JOHN DOE,<br><br>       Defendants. | Civil Action No. _____ |

## DECLARATION OF JENNY PRICER IN SUPPORT OF FACEBOOK, INC.'S NOTICE OF REMOVAL

I, Jenny Pricer, declare and state as follows:

1. I am a Case Manager for eDiscovery and Information Governance for Meta Platforms, Inc. ("Meta"), formerly Facebook, Inc., and operator of the Instagram service. I am over 18 years of age, am competent to testify truthfully to the facts asserted herein based on my personal knowledge.

2. Meta is a Delaware corporation with its principal place of business in Menlo Park, California.

3. Facebook, Inc. is registered to do business in Maryland as a foreign corporation. It has no offices in Maryland.

4. I declare under the penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Executed On: January 6, 2022

       At Menlo Park, CA

*J. Pricer*
Jenny Pricer