## Business Entity Search



**Notice** 

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

A 2-month extension request for filing the Annual Report and Personal Property Tax Return may be filed here.

## FACEBOOK, INC.: F17165101

### Personal Property Assessments Certification Information 2020

**Mailing Address:** FACEBOOK, INC.
ATTN: TAX DEPARTMENT
1601 WILLOW RD
MENLO PARK CA 94025

| Asmt. Year | Location | County | License | Town | Date Certified |
|---|---|---|---|---|---|
| 2020 | CUMBERLAND | 0 | 0 | 155860 | 01/26/2021 |
| 2020 | ALLEGANY COUNTY | 155860 | 0 | 0 | 01/26/2021 |
| 2020 | ANNE ARUNDEL COUNTY | 3670 | 0 | 0 | 01/26/2021 |
| 2020 | BALTIMORE CITY | 11260 | 0 | 0 | 01/26/2021 |
| 2020 | BALTIMORE COUNTY | 32580 | 0 | 0 | 01/26/2021 |
| 2020 | CECIL COUNTY | 5770 | 0 | 0 | 01/26/2021 |
| 2020 | TAKOMA PARK | 0 | 0 | 24310 | 01/26/2021 |
| 2020 | MONTGOMERY COUNTY | 24310 | 0 | 0 | 01/26/2021 |
| 2020 | WASHINGTON COUNTY | 81110 | 0 | 0 | 01/26/2021 |
| 2020 | HAGERSTOWN | 0 | 0 | 370 | 01/26/2021 |

Privacy - Terms