**From:** Melaninaire Lashes <melaninairelashes@gmail.com>
**Date:** April 25, 2021 at 3:56:39 PM EDT
**To:** KTMBUSINESS12@gmail.com
**Subject: Business inquiry**

Good afternoon. I sell lashes my Instagram handle is @purental_advisory. I was wondering if i can send you a few pairs of lashes for a promotion even if i would have to pay if you don't mind? My lashes Instagram is @melaninairelashes and my website is www.melaninairelashes.com I also have a platform on YouTube where i do beauty videos my name is Purental Advisory on YouTube.

https://www.instagram.com/purental_advisory/

https://www.instagram.com/melaninairelashes/

https://m.youtube.com/channel/UCSEZJzm4YD_g8lZYFPfBbqA

-Thank you.

1

**From:** Laura Sanchez <info@wmcclothings.com>
**Date:** June 22, 2021 at 9:53:36 AM EDT
**To:** KTMBUSINESS12@gmail.com
**Subject: Collaboration Wmcclothings x lickmykakez**

 Hi again lickmykakez! Just checking in to see if you got the first email. We would love to send you our cute clothes for your review! All of this is free of charge and we can get it sent out to you right away! Please let me know if you're interested.


Best,


Laura
Wmcclothings

PS: If you don't want to hear from me anymore, just let me know



1

**From:** Josseny Cadestin <info@jsclothings.com>
**Date:** July 22, 2021 at 11:09:12 AM EDT
**To:** KTMBUSINESS12@gmail.com
**Subject: Collaboration J&S CLOTHINGS x lickmykakez**

Hi Love! I'm Jennifer, head of growth at J&sclothings and we absolutely LOVE your content!!!

I wanted to reach out to you and let you know that we have a collaboration opportunity coming for you! We have an upcoming online women's fashion clothing and would love to tell you a bit more about the opportunity.

Please let me know if you're interested so that we can get started as soon as possible!

We're so excited to collaborate with you!

Best,

Jennifer
J&S CLOTHINGS

PS: If you don't want to hear from me anymore, just let me know



1

**From:** Jeffery Singh jeffery@optinsta.com
**Date:** August 22, 2018 at 9:26:05 PM EDT
**To:** KTMBUSINESS12@gmail.com
**Subject: Re: Your IG @lickmykakez + working together**

Just wanted to check if you were able to review my last email about your @lickmykakez Instagram account.

Please LMK if you are interested or have any questions.

Thanks!

On Saturday, August 18, 2018 at 12:55 AM, Jeffery Singh <jeffery@optinsta.com> wrote:
Hello @lickmykakez;

I saw your Instagram account and wanted to say hello. I really admire your work. I believe your Instagram account should be seen by more people and you truly have the potential to become an Instagram pro influencer.

I work at OptInsta where we help hundreds of brands, photographers, models, bloggers and other creative people from all across the globe to expand their Instagram reach. We will love to work with you.

We use ground-breaking social growth strategies to help you reach more users and grow your Instagram brand, engagement and followers. Visit How It Works page to learn more about our strategies and what we do.

If you have any questions, please do not hesitate to email me :)

Thanks and regards,

Jeffery
OptInsta.com

1