**From:** Facebook Ads Team <advertise-noreply@support.facebook.com>
**Date:** October 17, 2021 at 9:10:26 AM EDT
**To:** Tiara Newman Johnson <ktmbusiness12@gmail.com>
**Subject: Your Facebook Ads Receipt (Account ID: 460246638615039)**
**Reply-To:** noreply <noreply@facebookmail.com>



# Receipt for KTMBUSINESS (Account ID: 460246638615039)

## Summary

**AMOUNT BILLED**
## $7.19 USD

**DATE RANGE**
Oct 16, 2021, 10:30 AM - Oct 16, 2021, 8:19 PM

**PRODUCT TYPE**
Facebook Ads

**BILLING REASON**
A manual payment was made on this account.

**PAYMENT METHOD**
Visa · 9221

**REFERENCE NUMBER**
FNJKB832T2

| CAMPAIGN | RESULTS | AMOUNT |
|---|---:|---:|
| Instagram Post: Different candle varieties:) link... | 154 Impressions | $1.49 |
| Kakeytaughtme the Book - Page Post Engagement | 3,241 Impressions | $4.79 |
| [10/16/2021] Promoting Kakeytaughtme the Book | 25 Impressions | $0.91 |
| **CAMPAIGN TOTAL** | | **$7.19** |

| | |
|---|---:|
| TOTAL | **$7.19** |

Transaction ID: 4383698548413169-8495577

| Thanks,<br>The Facebook Ads Team | Manage Your Ads | See Full Receipt |

This is an automated message. Please do not reply. If you have questions about ads, you can **get help**. You can also manage your **email notification settings** for this ad account.
Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



**From:** Facebook Ads Team <advertise-noreply@support.facebook.com>
**Date:** October 17, 2021 at 1:04:45 PM EDT
**To:** Tiara Newman Johnson <tnewmanj22@gmail.com>
**Subject: Your Facebook Ads Receipt (Account ID: 460246638615039)**
**Reply-To:** noreply <noreply@facebookmail.com>



# Receipt for KTMBUSINESS (Account ID: 460246638615039)

## Summary

**AMOUNT BILLED**

# $10.00 USD

**BILLING REASON**
**You're being billed because you reached your $10.00 payment threshold.**

**DATE RANGE**
**Oct 16, 2021, 12:00 AM - Oct 17, 2021, 10:04 AM**

**PRODUCT TYPE**
**Facebook Ads**

**PAYMENT METHOD**
**Visa · 9221**

**REFERENCE NUMBER**
**J8NRQ7XYS2**

| CAMPAIGN | RESULTS | AMOUNT |
|---|---|---|
| Instagram Post: Different candle varieties:) link... | 143 Impressions | $1.51 |
| Kakeytaughtme the Book - Page Post Engagement | 2,198 Impressions | $3.48 |
| [10/16/2021] Promoting Kakeytaughtme the Book | 52 Impressions | $5.01 |
| **CAMPAIGN TOTAL** | | **$10.00** |

| TOTAL | $10.00 |
|---|---|

Transaction ID: 4317956271654055-8496390

| Thanks,<br>The Facebook Ads Team | Manage Your Ads | See Full Receipt |
|---|---|---|

This is an automated message. Please do not reply. If you have questions about ads, you can get help. You can also manage your email notification settings for this ad account.
Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



2

**From:** Facebook Ads Team <advertise-noreply@support.facebook.com>
**Date:** October 18, 2021 at 11:32:30 AM EDT
**To:** Tiara Newman Johnson <ktmbusiness12@gmail.com>
**Subject: Your Facebook Ads Receipt (Account ID: 460246638615039)**
**Reply-To:** noreply <noreply@facebookmail.com>



# Receipt for KTMBUSINESS (Account ID: 460246638615039)

## Summary

**AMOUNT BILLED**

# $15.00 USD

**BILLING REASON**
**You're being billed because you reached your $15.00 payment threshold.**

**DATE RANGE**
Oct 17, 2021, 12:00 AM - Oct 18, 2021, 8:32 AM

**PRODUCT TYPE**
**Facebook Ads**

**PAYMENT METHOD**
Visa · 9221

**REFERENCE NUMBER**
**V2L3G8KZS2**

| CAMPAIGN | RESULTS | AMOUNT |
|---|---:|---:|
| 👍 [10/16/2021] Promoting Kakeytaughtme the Book | 138 Impressions | $4.56 |
| Instagram Post: Different candle varieties:) link... | 479 Impressions | $3.42 |
| 💬 Kakeytaughtme the Book - Page Post Engagement | 5,481 Impressions | $7.02 |
| **CAMPAIGN TOTAL** | | **$15.00** |

| TOTAL | $15.00 |
|---|---|

Transaction ID: 4399431926839827-8501513

| Thanks,<br>The Facebook Ads Team | Manage Your Ads | See Full Receipt |
|---|---|---|

This is an automated message. Please do not reply. If you have questions about ads, you can **get help**. You can also manage your **email notification settings** for this ad account.
Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



**From:** Facebook Ads Team <advertise-noreply@support.facebook.com>
**Date:** October 18, 2021 at 11:32:35 AM EDT
**To:** Tiara Newman Johnson <tnewmanj22@gmail.com>
**Subject: Your Facebook Ads Receipt (Account ID: 460246638615039)**
**Reply-To:** noreply <noreply@facebookmail.com>



# Receipt for KTMBUSINESS (Account ID: 460246638615039)

## Summary

**AMOUNT BILLED**
# $15.00 USD

**DATE RANGE**
Oct 17, 2021, 12:00 AM - Oct 18, 2021, 8:32 AM

**PRODUCT TYPE**
Facebook Ads

**BILLING REASON**
You're being billed because you reached your $15.00 payment threshold.

**PAYMENT METHOD**
Visa · 9221

**REFERENCE NUMBER**
V2L3G8KZS2

| CAMPAIGN | RESULTS | AMOUNT |
|---|---:|---:|
| 👍 [10/16/2021] Promoting Kakeytaughtme the Book | 138 Impressions | $4.56 |
| Instagram Post: Different candle varieties:) link... | 479 Impressions | $3.42 |
| Kakeytaughtme the Book - Page Post Engagement | 5,481 Impressions | $7.02 |
| **CAMPAIGN TOTAL** | | **$15.00** |

| | |
|---|---|
| TOTAL | **$15.00** |

Transaction ID: 4399431926839827-8501513

Thanks,
The Facebook Ads Team

| Manage Your Ads | See Full Receipt |
|---|---|

This is an automated message. Please do not reply. If you have questions about ads, you can get help. You can also manage your email notification settings for this ad account.
Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



**From:** Facebook Ads Team <advertise-noreply@support.facebook.com>
**Date:** December 6, 2021 at 3:31:30 AM EST
**To:** Kakey Kakez <kakeztiara11@gmail.com>
**Subject: Your Facebook Ads Receipt (Account ID: 460246638615039)**
**Reply-To:** noreply <noreply@facebookmail.com>

 Receipt for KTMBUSINESS (Account ID: 460246638615039)

## Summary

**AMOUNT BILLED**
# $10.03 USD

**DATE RANGE**
Oct 18, 2021, 12:00 AM - Oct 18, 2021, 11:59 PM

**PRODUCT TYPE**
Facebook Ads

**BILLING REASON**
Your previous payment for these ad costs failed.

**PAYMENT METHOD**
Visa · 9221



**REFERENCE NUMBER**
SXFEW9PZS2

You'll receive your next bill when your ad costs reach $25.00 or on your monthly bill date, whichever comes first.

| CAMPAIGN | RESULTS | AMOUNT |
|---|---|---|
| [10/16/2021] Promoting Kakeytaughtme the Book | 43 Impressions | $0.93 |
| Instagram Post: Different candle varieties:) link... | 75 Impressions | $0.59 |



| | | 5,718 Impressions | $8.51 |
|---|---|---|---|
| Kakeytaughtme the Book - Page Post Engagement | | | |
| **CAMPAIGN TOTAL** | | | $10.03 |
| **TOTAL** | | | $10.03 |

Transaction ID: 4561401073976245-8778044

Thanks,  
The Facebook Ads Team

| Manage Your Ads | See Full Receipt |

This is an automated message. Please do not reply. If you have questions about ads, you can get help. You can also manage your email notification settings for this ad account.
Meta Platforms, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



1:40

< All Inboxes

 Instagram Business
To: twelch1292@gmail.co

# Grow your brand with Instagram

1:39

< All Inboxes



To: Tiara Newman Johns

# Your Facebook Ads R (Account ID: 460246638615039)



Receipt for KTMBUS (Account ID: 460246





1:40

 All Inboxes

 Facebook Ads Team

To: Kakey Kakez >

# Your Facebook Ads R (Account ID: 460246638615039)

 Receipt for KTMBUS

1:39

< All Inboxes

**Facebook Ads Team**
To: Tiara Newman Johns

# Your Facebook Ads R (Account ID: 46024663861503

Receipt for KTMBUS




Sent from my iPhone

7