IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| Tiara N. Johnson<br>4740 Willinston Street<br>Baltimore, MD 21229 | * | In the Circuit Court |
| | * | For |
| Plaintiff | * | Harford County |
| vs. | * | |
| | * | |
| Facbook Inc.,<br>Serve on:<br>CSC-Lawyers Inc. Service Co.<br>7 St. Paul Street<br>Suite 820<br>Baltimore MD 21202 | * | Case No.: 22-CV-00033-RDB |
| | * | |
| | * | |
| | * | |
| John Doe | * | |
| Defendant | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on **02/10/2022**, a copy of the pleading, FIRST AMENDED COMPLAINT, was served by first class mail postage prepaid, and/or MDEC to:

| | |
|---|---|
| Jonathan A. Direnfeld, Md. Bar # 28859<br>Justine Deitz, Md. Bar # 20934 | /s/ Kolawole Onifade<br>Kolawole Onifade |

Orrick, Herrington & Sutcliffe Llp
1152 15th Street, N.W.
Washington, D.C. 20005-1706
jdirenfeld@orrick.com
justine.deitz@orrick.com

*Attorneys for Defendant Facebook, Inc.*