IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| Tiana N. Johnson | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No.: 1:22-cv-00033-RDB |
| | * | |
| Facbook Inc. | * | |
| Defendant | * | |

# ORDER

Upon consideration of Defendant Meta Platform Inc.'s Motion to Dismiss, or in the Alternative, to Transfer Venue, Plaintiff's Opposition Motion, and for good cause thereof, it is by the Court

ORDERED, that the Motion to Dismiss is DENIED, and it is further

SIGNED AND ENTERED ON THIS _____ DAY OF _____, 2022

_____
Hon. Richard D. Bennett, District Judge
United States District Court, Maryland