IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| Tiara N. Johnson | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Case No.: 1:22-cv-00033-RDB |
| | * | |
| Meta Platforms Inc. | * | |
| Defendant | * | |

# MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2), Kolawole Law Firm LLC, Olufolajimi "Jimi" Kolawole, and Kolawole Onifade seeks leave of court to withdraw as counsel and in support thereof states

1. We certify the following:

    **Name of client**: Tiara N. Johnson;

    **Last Known Address**: 4740 Williston Street, Baltimore, MD 21229

2. We further certify that a written notice was emailed or served upon Ms. Johnson on August 4, 2022 and client approved attorney withdrawal on August 5, 2022. Ms. Johnson was notified in that email to have new counsel enter an appearance or advise the Court Clerk that she will be proceeding without counsel. See Exhibit A.

3. Prosecuton of this mater will not be disrupted by withdrawal of Plaintiff's counsel.

Accordingly, Kolawole Law Firm LLC, Jimi Kolawole, and Kolawole Onifade ask this Court to grant this motion for leave of cout to withdraw.

Respectfully submitted,

/s/ Kolawole Onifade

Kolawole Onifade, Esq. #21822

Kolawole Law Firm LLC
7517 Cedar Grove Lane,
Elkridge, MD. 21075
443 546 8146 | ksonifade@justklf.com
Fax: 240 713 3242

Jimi Kolawole, Esq. #19732
Kolawole Law Firm LLC
7517 Cedar Grove Lane,
Elkridge, MD. 21075
443 546 8146 | oakolawole@justklf.com
Fax: 240 713 3242

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>08/18/2022</u>, a copy of the foregoing document, Motion for Leave to Withdraw as counsl, was served by first class mail postage prepaid, and/or MDEC to:

Lauren Christine Schnepper
Orrick, Herrington & Sutcliffe Llp
1152 15th Street, N.W.
Washington, D.C. 20005-1706
jdirenfeld@orrick.com
justine.deitz@orrick.com

*Attorneys for Defendant Meta Platforms, Inc.*

_____
Jimi Kolawole