JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1 650 614 7400
Facsimile: +1 650614 7401

MICHELLE N. MOLNER (SBN 330438)
mmolner@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 57594

Attorneys for Defendant
Meta Platforms, Inc.

TIARA N. JOHNSON
tnewmanj22@gmail.com
4740 Willinston Street
Baltimore, MD 21229

*Pro se* Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIARA N. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.<br>(f/k/a FACEBOOK, INC.)<br><br>    Defendant. | Case No. 22-cv-05691-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE** |

Plaintiff Tiara N. Johnson ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta", f/k/a Facebook) (collectively the "Parties"), by and through their counsel of record, hereby stipulate, subject to approval of the Court, as follows:

1. On December 2, 2021, Plaintiff filed a Complaint against Meta in Maryland state court. *Johnson v. Facebook, Inc.*, Case No. C-12-CV-21-000726.

2. On January 7, 2022, Meta removed the case to the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. *Johnson v. Facebook, Inc.,* Case No. 1:22-cv-00033.

3. On February 10, 2022, Plaintiff filed a First Amended Complaint ("FAC"), asserting claims for: (1) breach of contract; (2) tortious interference with contractual relations; (3) tortious interference with prospective relations; (4) federal trademark infringement; and (5) federal unfair competition.

4. On March 10, 2022, Meta filed a Motion to Dismiss or in the Alternative to Transfer Venue, requesting that the district court transfer the case from the District of Maryland to the Northern District of California, pursuant to the binding forum selection clause in Instagram's Terms of Use to which Plaintiff assented when she opened her Instagram account.

5. On October 3, 2022, the court granted Meta's motion and transferred the case to the Northern District of California.

6. On October 4, 2022, the Court set the following case management schedule:

   - December 29, 2022: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
   - January 12, 2023: Last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement;
   - January 19, 2023 at 11:00 AM: Initial Case Management Conference in:

     Courtroom 3, 5th Floor
     Robert F. Peckham Federal Building
     280 South 1st Street
     San Jose, CA 95113

7. The parties have met and conferred in good faith and have agreed, subject to the Court's approval, to the following briefing schedule:

| Date | Event |
| --- | --- |
| January 27, 2023 | Meta's Motion to Dismiss Plaintiff's FAC is due |
| February 27, 2023 | Plaintiff's Opposition to Meta's Motion to Dismiss is due |
| March 13, 2023 | Meta's Reply in Support of Its Motion to Dismiss is due |
| March 16, 2023 at 9:00 AM | Hearing regarding Meta's Motion to Dismiss Plaintiff's FAC |

8. Moreover, in light of the above briefing schedule and in the interest of efficiency and conservation of Court resources, the parties have likewise agreed, subject to the Court's approval, to continue the Case Management Conference and all affiliated dates as follows:

| Date | Event |
| --- | --- |
| February 27, 2023 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| March 13, 2023 | Last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement |
| March 16, 2023 at 11:00 AM | Initial Case Management Conference |

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. January 27, 2023: Meta's Motion to Dismiss Plaintiff's FAC is due
2. February 27, 2023: Plaintiff's Opposition to Meta's Motion to Dismiss is due
3. February 27, 2023: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
4. March 13, 2023: Meta's Reply in Support of Its Motion to Dismiss is due
5. March 13, 2023: Last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement

| | |
|---|---|
| 1 | 6. March 16, 2023 at 9:00 AM: Hearing regarding Meta's Motion to Dismiss |
| 2 | Plaintiff's FAC |
| 3 | 7. March 16, 2023 at 11:00 AM: Initial Case Management Conference |

Dated: December 15, 2022                    Respectfully submitted,

ORRICK, HERRINGTON & SUTTCLIFFE LLP

By: */s/ Jacob M. Heath*
       Jacob M. Heath

Attorney for Defendant
Meta Platforms, Inc.

By: */s/ Tiara N. Johnson*
       Tiara N. Johnson

*Pro se* Plaintiff

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: December 15, 2022                    ORRICK, HERRINGTON & SUTTCLIFFE LLP

*/s/ Jacob M. Heath*
Jacob M. Heath

Attorney for Defendant
Meta Platforms, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____

HONORABLE BETH LABSON FREEMAN
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
CASE NO. 22-CV-05691-BLF