| | |
|---|---|
| 1 | JACOB M. HEATH (STATE BAR NO. 238959) |
| 2 | jheath@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road<br>Menlo Park, CA 94025 |
| 4 | Telephone:   +1-650-614-7400<br>Facsimile:    +1-650-614-7401 |
| 5 | MICHELLE N. MOLNER (STATE BAR NO. 330438) |
| 6 | mmolner@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 8 | Telephone:   +1-415-773-5700<br>Facsimile:    +1-415-773-5759 |
| 9 | |
| 10 | Attorneys for Defendant<br>Meta Platforms, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIARA N. JOHNSON, | Case No. 22-cv-05691-BLF |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | Judge:   Honorable Beth Labson Freeman |
| META PLATFORMS, INC.<br>(f/k/a FACEBOOK, INC.), | |
| Defendant. | |

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Lauren C. Schnepper will cease to be involved as counsel of record in the above-captioned matter because after March 10, 2023 she will no longer be at Orrick Herrington & Sutcliffe LLP.

All other counsel from the law offices of Orrick, Herrington & Sutcliffe LLP who have appeared in this matter will continue to represent Meta Platforms, Inc.

DATED: March 20, 2023                               Respectfully submitted,

                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                    /s/ Jacob M. Heath
                                                    Jacob M. Heath

                                                    Attorney for Defendant Meta Platforms, Inc.