# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TIARA N. JOHNSON, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>JOHN DOE and META PLATFORMS, INC., <br><br>　　　　　Defendants. | Case No. 22-cv-05691-BLF <br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT JOHN DOE SHOULD NOT BE DISMISSED** |

Plaintiff is hereby Ordered to Show Cause, in writing and by June 20, 2023, why Defendant John Doe should not be dismissed for failure to effect service of process within 90 days as required by Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated:  June 5, 2023

_____
BETH LABSON FREEMAN
United States District Judge