**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TIARA N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC. and JOHN DOE,<br><br>        Defendants. | Case No. 22-cv-05691-BLF<br><br>**ORDER DISMISSING DEFENDANT JOHN DOE FOR LACK OF SERVICE OF PROCESS** |

On June 5, 2023, the Court issued an Order to Show Cause why Defendant John Doe should not be dismissed for failure to effect service of process within 90 days as required by Federal Rule of Civil Procedure 4(m). *See* OSC, ECF 56. Johnson has not responded to the Order to Show Cause and the time to do so has expired.

Accordingly, John Doe is DISMISSED from this case for lack of service of process.

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
BETH LABSON FREEMAN
United States District Judge